# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MONICA WILLIAMS, individually and on behalf of all others similarly situated, | ) ) Civil Action No. 4:21-cv-00184-TCK-CDL ) |
| Plaintiff, | ) Hon. Terence Kern ) |
| v. | ) ) |
| MELTON TRUCK LINES, INC., | ) ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Monica Williams and Defendant Melton Truck Lines, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Respectfully Submitted,

Dated: October 7, 2021

/s/ Avi R. Kaufman
Avi R. Kaufman (*pro hac vice*)
Kaufman P.A.
400 N.W. 26th Street
Miami, FL 33127
(305) 469-5881 Telephone
avi@kaufmanpa.com

Rachel Lawrence Mor, OBA #11400
Rachel Lawrence Mor, P.C.
Landmark Towers West, Suite 1000
3555 N.W. 58th Street
Oklahoma City, OK 73112
(405) 562-7771 Telephone
(405) 285-9350 Facsimile
rmor@thelawgroupokc.com

Michael J. Blaschke, OBA #868
Michael J. Blaschke, P.C.
Landmark Towers West, Suite1000
3555 N.W. 58th Street
Oklahoma City, OK 73112
(405) 562-7771 Telephone
(405) 285-9350 Facsimile
mblaschke@thelawgroupokc.com

*Attorneys for Plaintiff and others similarly situated*

*/s/ Joseph R. Farris*
Joseph R. Farris, OBA #2835
jfarris@tulsalawyer.com
**FRANDEN | FARRIS | QUILLIN**
**GOODNIGHT | ROBERTS + WARD**
Two West 2nd Street, Suite 900
Tulsa, OK 74103-4514
Phone: (918) 583-7129
Mark S. Eisen, Esq. (admitted *pro hac vice*)
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN**
**& ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Phone: (312) 212-4659

*ATTORNEYS FOR DEFENDANT*